**Order entered September 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00649-CV

## IN THE INTEREST OF A.B., A MINOR CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC 17-00525 -W**

## ORDER

Before the Court is the State's First Motion for Extension of Time to File Its Brief. We

**GRANT** the motion and **ORDER** the brief received September 13, 2018 filed as of the date of

this order.


/s/    ELIZABETH LANG-MIERS
        JUSTICE